COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Morgan J. Kliebert v. The State of Texas

Appellate case number:   01-12-00757-CR

Trial court case number: 1328870

Trial court:             182nd District Court of Harris County

Appellant has filed a motion to substitute his appointed attorney, Lester Blizzard, with appointed attorney, Kyle Johnson.  *See* TEX. R. APP. P. 6.5(d).  Appellant has attached an order from the trial court approving the substitution.  The motion is **granted**.

It is so ORDERED.

Judge's signature: /s/ Sherry Radack
                   X Acting individually     ☐ Acting for the Court

Date:  April 5, 2013